### 14808. JACKSON *v.* THE STATE.

BROYLES, C. J. It not affirmatively appearing from the bill of exceptions or the record in the case that the bill of exceptions was tendered to the trial judge within twenty days of the overruling of the motion for a new trial, this court is without jurisdiction to pass upon the merits of the case.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1923.

Accusation of possessing intoxicating liquor; from city court of LaGrange—Judge McGraw presiding. May 22, 1923.

*M. U. Mooty, Harry M. Breed, Judson Andrews*, for plaintiff in error.

*L. L. Meadors, solicitor*, contra.